

Your Proof Specialist contact information may be found in your Proof app directly by clicking on the job.

# BT Assets Group, Inc.
## Serve Documents
Job #564038

Type: Entity
Registered Agent: HARVARD BUSINESS SERVICES, INC
Subpoena: No
Witness Fee: None
Serve Speed: Expedited
Court: DISTRICT COURT OF ELLIS COUNTY STATE OF OKLAHOMA
Primary Address:
Residential - 16192 Coastal Highway, Lewes, DE 19958
 Entity to be Served: BT Assets Group, Inc.
 Matter Number/Name: 105059-000001/JP686147
 Additional Notes: Linked To Salt Money, Inc Bill My Bnk, LLC EFT Business Services, LLC One Pay Cloud, LLC Transact First, Inc Transaction Processing Services, Inc Skylight Business Services, LLC

## Oklahoma Serve Rules

By Whom Served
At the election of the plaintiff, process, other than a subpoena, shall be served by a sheriff or deputy sheriff, a person licensed to make service of process in civil cases, or a person specially appointed for that purpose. The court shall freely make special appointments to serve all process, other than a subpoena, under this paragraph.
Personal Service, Individual
By delivering a copy of the summons and petition to him personally.
Substituted
By leaving copies at his dwelling house or usual place of abode with some person then residing therein who is 15 years of age or older or by delivering a copy or by law to receive service of process.
Special Rules
Special rules are prescribed for the following circumstances and the Server should consult with their Territory Manager for more details: Upon an infant ... less than 15 years of age...
Corporations
By delivering a copy of the summons and petition to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service...
Return of Service
The person serving the process shall make proof of service to the court promptly and in any event within the time during which the person served must respond to the process, but the failure to make proof of service does not affect the validity of the service. If service is made by a person other than a sheriff,

EXHIBIT 2

deputy sheriff or licensed process server, such person shall make affidavit thereof. The return shall set forth the name of the person served and the date, place, and method of service.

## Attempt Log

| Date | Description |
|---|---|
|  |  |
|  |  |
|  |  |

IN THE DISTRICT COURT OF ELLIS COUNTY
STATE OF OKLAHOMA

SHATTUCK BANCSHARES, INC., and )
SNB BANK, N.A., )
)
)
Plaintiffs, )
)
v. ) Case No. CJ-2024- 9
)
ERIC HANNELIUS, MICHAEL )
SHVARTSMAN, OKSANA MOORE, KARLA )
KNIGHT, ELENA POPOVA, JUSTIN )
SOULEN, BILL MY BNK, LLC, BT ASSETS )
GROUP, INC., EFT BUSINESS SERVICES, )
LLC, ENCOMPAY, INC., )
HANNELIUS-KNIGHT FAMILY TRUST, )
MG FAMILY TRUST, ONE PAY CLOUD, )
LLC, OST, LLC, PEPPER PAY, LLC, )
ROCKET HOLDINGS, LLC, SALT MONEY, )
INC., SKYLIGHT BUSINESS SERVICES, )
LLC, TRANSACT FIRST, INC., and )
TRANSACTION PROCESSING SERVICES, )
INC., )
)
)
Defendants. )

## SUMMONS

TO THE ABOVE-NAMED DEFENDANT:

BT Assets Group, Inc.
21550 Biscayne Blvd., Ste. 400
Adventura, FL 33180

You have been sued by the above-named Plaintiff and you are directed to file a written Response to the attached Petition in the court at the above address **within twenty (20) days** after service of this Summons upon you, exclusive of the day of service. Within the same time, a copy of your Response must be delivered or mailed to the attorney for the Plaintiff. **Unless you respond to the Petition within the time stated, judgment will be rendered against you for the relief demanded in the Petition, together with the costs of the action.**

Issued on May 24, 2024.

Sally Wayland
COURT CLERK

By _Sally Wayland_
~~Deputy~~ Court Clerk

[SEAL]

Lawrence D. Rosenberg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC  20001.2113
+1.202.879.3939
ldrosenberg@jonesday.com
*(pro hac admission pending)*

and

Ryan E. Price, OBA #19547
Robyn G. Price, OBA # 18711
SIMS, PRICE & PRICE, PLLC
1517 Main St. / P.O. Box 1086
Woodward, OK  73802-1086
Telephone:  (580) 256-3155
Facsimile:  (580) 256-9902
*Attorneys for Plaintiff*

**YOU MAY SEEK THE ADVICE OF ANY ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OF YOUR RESPONSE.  SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT A RESPONSE MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**

This Summons was served on this _____ day of _____, 2024.

_____
Signature of person serving Summons



Your Proof Specialist contact information may be found in your Proof app directly by clicking on the job.

# EFT Business Services, LLC
## Serve Documents
Job #564070

**Type:** Entity
**Registered Agent:** HARVARD BUSINESS SERVICES, INC.
**Subpoena:** No
**Witness Fee:** None
**Serve Speed:** Expedited
**Court:** THE DISTRICT COURT OF ELLIS COUNTY STATE OF OKLAHOMA
**Primary Address:**
Residential - 6192 Coastal Highway, Lewes, DE 19958
**Entity to be Served:** EFT Business Services, LLC
**Additional Notes:** Add in the Additonal Notes: Linked to Salt Money, Inc Bill My Bnk, LLC EFT Business Services, LLC BT Assets Group, Inc. One Pay Cloud, LLC Transact First, Inc Transaction Processing Services, Inc Skylight Business Services, LLC

## Oklahoma Serve Rules

**By Whom Served**
At the election of the plaintiff, process, other than a subpoena, shall be served by a sheriff or deputy sheriff, a person licensed to make service of process in civil cases, or a person specially appointed for that purpose. The court shall freely make special appointments to serve all process, other than a subpoena, under this paragraph.
**Personal Service, Individual**
By delivering a copy of the summons and petition to him personally.
**Substituted**
By leaving copies at his dwelling house or usual place of abode with some person then residing therein who is 15 years of age or older or by delivering a copy or by law to receive service of process.
**Special Rules**
Special rules are prescribed for the following circumstances and the Server should consult with their Territory Manager for more details: Upon an infant ... less than 15 years of age...
**Corporations**
By delivering a copy of the summons and petition to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service...
**Return of Service**
The person serving the process shall make proof of service to the court promptly and in any event within the time during which the person served must respond to the process, but the failure to make proof of service does not affect the validity of the service. If service is made by a person other than a sheriff,

deputy sheriff or licensed process server, such person shall make affidavit thereof. The return shall set forth the name of the person served and the date, place, and method of service.

## Attempt Log

| Date | Description |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

IN THE DISTRICT COURT OF ELLIS COUNTY
STATE OF OKLAHOMA

SHATTUCK BANCSHARES, INC., and )
SNB BANK, N.A., )
 )
                Plaintiffs, )
 )
v. )    Case No. CJ-2024-9
 )
ERIC HANNELIUS, MICHAEL )
SHVARTSMAN, OKSANA MOORE, KARLA )
KNIGHT, ELENA POPOVA, JUSTIN )
SOULEN, BILL MY BNK, LLC, BT ASSETS )
GROUP, INC., EFT BUSINESS SERVICES, )
LLC, ENCOMPAY, INC., )
HANNELIUS-KNIGHT FAMILY TRUST, )
MG FAMILY TRUST, ONE PAY CLOUD, )
LLC, OST, LLC, PEPPER PAY, LLC, )
ROCKET HOLDINGS, LLC, SALT MONEY, )
INC., SKYLIGHT BUSINESS SERVICES, )
LLC, TRANSACT FIRST, INC., and )
TRANSACTION PROCESSING SERVICES, )
INC., )
 )
                Defendants. )

## SUMMONS

**TO THE ABOVE-NAMED DEFENDANT:**

EFT Business Services, LLC
21550 Biscayne Blvd., Ste. 400
Adventura, FL 33180

You have been sued by the above-named Plaintiff and you are directed to file a written Response to the attached Petition in the court at the above address **within twenty (20) days** after service of this Summons upon you, exclusive of the day of service. Within the same time, a copy of your Response must be delivered or mailed to the attorney for the Plaintiff. **Unless you respond to the Petition within the time stated, judgment will be rendered against you for the relief demanded in the Petition, together with the costs of the action.**

Issued on May 24, 2024.

COURT CLERK
Sally Wayland

By _Sally Wayland_
~~Deputy~~ Court Clerk

[SEAL]

Lawrence D. Rosenberg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC  20001.2113
+1.202.879.3939
ldrosenberg@jonesday.com
*(pro hac admission pending)*

and

Ryan E. Price, OBA #19547
Robyn G. Price, OBA # 18711
SIMS, PRICE & PRICE, PLLC
1517 Main St. / P.O. Box 1086
Woodward, OK  73802-1086
Telephone:  (580) 256-3155
Facsimile:  (580) 256-9902
*Attorneys for Plaintiff*

**YOU MAY SEEK THE ADVICE OF ANY ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OF YOUR RESPONSE. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT A RESPONSE MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**

This Summons was served on this _____ day of _____, 2024.

_____
Signature of person serving Summons



Your Proof Specialist contact information may be found in your Proof app directly by clicking on the job.

# One Pay Cloud, LLC
## Serve Documents
Job #564124

Type:   Entity
Registered Agent:   HARVARD BUSINESS SERVICES, INC.
Subpoena:   No
Witness Fee:   None
Serve Speed:   Expedited
Court:   THE DISTRICT COURT OF ELLIS COUNTY STATE OF OKLAHOMA
Primary Address:
Residential - 16192 Coastal Highway, Lewes, DE 19958
  Entity to be Served:   One Pay Cloud, LLC
  Additional Notes:

## Oklahoma Serve Rules

**By Whom Served**
At the election of the plaintiff, process, other than a subpoena, shall be served by a sheriff or deputy sheriff, a person licensed to make service of process in civil cases, or a person specially appointed for that purpose. The court shall freely make special appointments to serve all process, other than a subpoena, under this paragraph.
**Personal Service, Individual**
By delivering a copy of the summons and petition to him personally.
**Substituted**
By leaving copies at his dwelling house or usual place of abode with some person then residing therein who is 15 years of age or older or by delivering a copy or by law to receive service of process.
**Special Rules**
Special rules are prescribed for the following circumstances and the Server should consult with their Territory Manager for more details: Upon an infant ... less than 15 years of age...
**Corporations**
By delivering a copy of the summons and petition to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service...
**Return of Service**
The person serving the process shall make proof of service to the court promptly and in any event within the time during which the person served must respond to the process, but the failure to make proof of service does not affect the validity of the service. If service is made by a person other than a sheriff, deputy sheriff or licensed process server, such person shall make affidavit thereof. The return shall set forth the name of the person served and the date, place, and method of service.

## Attempt Log

| Date | Description |
|------|-------------|
|      |             |
|      |             |
|      |             |
|      |             |

IN THE DISTRICT COURT OF ELLIS COUNTY
STATE OF OKLAHOMA

SHATTUCK BANCSHARES, INC., and )
SNB BANK, N.A., )
)
                      Plaintiffs, )
)
v. )   Case No. CJ-2024-9
)
ERIC HANNELIUS, MICHAEL )
SHVARTSMAN, OKSANA MOORE, KARLA )
KNIGHT, ELENA POPOVA, JUSTIN )
SOULEN, BILL MY BNK, LLC, BT ASSETS )
GROUP, INC., EFT BUSINESS SERVICES, )
LLC, ENCOMPAY, INC., )
HANNELIUS-KNIGHT FAMILY TRUST, )
MG FAMILY TRUST, ONE PAY CLOUD, )
LLC, OST, LLC, PEPPER PAY, LLC, )
ROCKET HOLDINGS, LLC, SALT MONEY, )
INC., SKYLIGHT BUSINESS SERVICES, )
LLC, TRANSACT FIRST, INC., and )
TRANSACTION PROCESSING SERVICES, )
INC., )
)
                      Defendants. )

## SUMMONS

**TO THE ABOVE-NAMED DEFENDANT:**

One Pay Cloud, LLC
21550 Biscayne Blvd., Ste. 400
Adventura, FL 33180

You have been sued by the above-named Plaintiff and you are directed to file a written Response to the attached Petition in the court at the above address **within twenty (20) days** after service of this Summons upon you, exclusive of the day of service. Within the same time, a copy of your Response must be delivered or mailed to the attorney for the Plaintiff. **Unless you respond to the Petition within the time stated, judgment will be rendered against you for the relief demanded in the Petition, together with the costs of the action.**

Issued on May 24, 2024.

Sally Wayland
COURT CLERK

By **Sally Wayland**
~~Deputy~~ Court Clerk

[SEAL]

Lawrence D. Rosenberg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001.2113
+1.202.879.3939
ldrosenberg@jonesday.com
*(pro hac admission pending)*

and

Ryan E. Price, OBA #19547
Robyn G. Price, OBA # 18711
SIMS, PRICE & PRICE, PLLC
1517 Main St. / P.O. Box 1086
Woodward, OK 73802-1086
Telephone: (580) 256-3155
Facsimile: (580) 256-9902
*Attorneys for Plaintiff*

**YOU MAY SEEK THE ADVICE OF ANY ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OF YOUR RESPONSE. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT A RESPONSE MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**

This Summons was served on this _____ day of _____, 2024.

_____
Signature of person serving Summons

IN THE DISTRICT COURT OF ELLIS COUNTY
STATE OF OKLAHOMA

SHATTUCK BANCSHARES, INC., and )
SNB BANK, N.A., )
          Plaintiffs, )
)   Case No. CJ-2024-9
v. )
)
ERIC HANNELIUS, MICHAEL )
SHVARTSMAN, OKSANA MOORE, KARLA )
KNIGHT, ELENA POPOVA, JUSTIN )
SOULEN, BILL MY BNK, LLC, BT ASSETS )
GROUP, INC., EFT BUSINESS SERVICES, )
LLC, ENCOMPAY, INC., )
HANNELIUS-KNIGHT FAMILY TRUST, )
MG FAMILY TRUST, ONE PAY CLOUD, )
LLC, OST, LLC, PEPPER PAY, LLC, )
ROCKET HOLDINGS, LLC, SALT MONEY, )
INC., SKYLIGHT BUSINESS SERVICES, )
LLC, TRANSACT FIRST, INC., and )
TRANSACTION PROCESSING SERVICES, )
INC., )
          Defendants. )

## SUMMONS

**TO THE ABOVE-NAMED DEFENDANT:**

Pepper Pay, LLC
21550 Biscayne Blvd., Ste. 400
Adventura, FL 33180

You have been sued by the above-named Plaintiff and you are directed to file a written Response to the attached Petition in the court at the above address **within twenty (20) days** after service of this Summons upon you, exclusive of the day of service. Within the same time, a copy of your Response must be delivered or mailed to the attorney for the Plaintiff. Unless you respond to the Petition within the time stated, judgment will be rendered against you for the relief demanded in the Petition, together with the costs of the action.



Your Proof Specialist contact information may be found in your Proof app directly by clicking on the job.

# Skylight Business Services, LLC

Serve Documents
Job #564182

Type: Entity
Registered Agent: HARVARD BUSINESS SERVICES, INC.
Subpoena: No
Witness Fee: None
Serve Speed: Expedited
Court: DISTRICT COURT OF ELLIS COUNTY STATE OF OKLAHOMA
Primary Address:
Residential - 16192 Coastal Highway, Lewes, DE 19958
Entity to be Served: Skylight Business Services, LLC
Additional Notes: Linked to Salt Money, Inc.

## Oklahoma Serve Rules

**By Whom Served**
At the election of the plaintiff, process, other than a subpoena, shall be served by a sheriff or deputy sheriff, a person licensed to make service of process in civil cases, or a person specially appointed for that purpose. The court shall freely make special appointments to serve all process, other than a subpoena, under this paragraph.
**Personal Service, Individual**
By delivering a copy of the summons and petition to him personally.
**Substituted**
By leaving copies at his dwelling house or usual place of abode with some person then residing therein who is 15 years of age or older or by delivering a copy or by law to receive service of process.
**Special Rules**
Special rules are prescribed for the following circumstances and the Server should consult with their Territory Manager for more details: Upon an infant ... less than 15 years of age...
**Corporations**
By delivering a copy of the summons and petition to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service...
**Return of Service**
The person serving the process shall make proof of service to the court promptly and in any event within the time during which the person served must respond to the process, but the failure to make proof of service does not affect the validity of the service. If service is made by a person other than a sheriff, deputy sheriff or licensed process server, such person shall make affidavit thereof. The return shall set forth the name of the person served and the date, place, and method of service.

IN THE DISTRICT COURT OF ELLIS COUNTY
STATE OF OKLAHOMA

SHATTUCK BANCSHARES, INC., and )
SNB BANK, N.A., )
)
                  Plaintiffs, )
)
v. )   Case No. CJ-2024- 9
)
ERIC HANNELIUS, MICHAEL )
SHVARTSMAN, OKSANA MOORE, KARLA )
KNIGHT, ELENA POPOVA, JUSTIN )
SOULEN, BILL MY BNK, LLC, BT ASSETS )
GROUP, INC., EFT BUSINESS SERVICES, )
LLC, ENCOMPAY, INC., )
HANNELIUS-KNIGHT FAMILY TRUST, )
MG FAMILY TRUST, ONE PAY CLOUD, )
LLC, OST, LLC, PEPPER PAY, LLC, )
ROCKET HOLDINGS, LLC, SALT MONEY, )
INC., SKYLIGHT BUSINESS SERVICES, )
LLC, TRANSACT FIRST, INC., and )
TRANSACTION PROCESSING SERVICES, )
INC., )
)
                  Defendants. )

## SUMMONS

**TO THE ABOVE-NAMED DEFENDANT:**

Skylight Business Services, LLC
21550 Biscayne Blvd., Ste. 400
Adventura, FL 33180

You have been sued by the above-named Plaintiff and you are directed to file a written Response to the attached Petition in the court at the above address **within twenty (20) days** after service of this Summons upon you, exclusive of the day of service. Within the same time, a copy of your Response must be delivered or mailed to the attorney for the Plaintiff. **Unless you respond to the Petition within the time stated, judgment will be rendered against you for the relief demanded in the Petition, together with the costs of the action.**

Issued on May 24, 2024.

COURT CLERK: Sally Wayland

By _____Sally Wayland_____
Deputy Court Clerk

[SEAL]

Lawrence D. Rosenberg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001.2113
+1.202.879.3939
ldrosenberg@jonesday.com
*(pro hac admission pending)*

and

Ryan E. Price, OBA #19547
Robyn G. Price, OBA #18711
SIMS, PRICE & PRICE, PLLC
1517 Main St. / P.O. Box 1086
Woodward, OK 73802-1086
Telephone: (580) 256-3155
Facsimile: (580) 256-9902
*Attorneys for Plaintiff*

YOU MAY SEEK THE ADVICE OF ANY ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OF YOUR RESPONSE. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT A RESPONSE MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.

This Summons was served on this _____ day of _____, 2024.

_____
Signature of person serving Summons



Your Proof Specialist contact information may be found in your Proof app directly by clicking on the job.

# Transaction Processing Services, Inc

## Serve Documents
Job #564168

Type: Entity

Registered Agent: HARVARD BUSINESS SERVICES, INC.

Subpoena: No

Witness Fee: None

Serve Speed: Expedited

Court: THE DISTRICT COURT OF ELLIS COUNTY, OKLAHOMA

Primary Address:
Residential - 16192 Coastal Highway, Lewes, DE 19958

Entity to be Served: Transaction Processing Services, Inc

Additional Notes: Linked to Salt Money, Inc.

## Oklahoma Serve Rules

By Whom Served
At the election of the plaintiff, process, other than a subpoena, shall be served by a sheriff or deputy sheriff, a person licensed to make service of process in civil cases, or a person specially appointed for that purpose. The court shall freely make special appointments to serve all process, other than a subpoena, under this paragraph.

Personal Service, Individual
By delivering a copy of the summons and petition to him personally.

Substituted
By leaving copies at his dwelling house or usual place of abode with some person then residing therein who is 15 years of age or older or by delivering a copy or by law to receive service of process.

Special Rules
Special rules are prescribed for the following circumstances and the Server should consult with their Territory Manager for more details: Upon an infant ... less than 15 years of age...

Corporations
By delivering a copy of the summons and petition to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service...

Return of Service
The person serving the process shall make proof of service to the court promptly and in any event within the time during which the person served must respond to the process, but the failure to make proof of service does not affect the validity of the service. If service is made by a person other than a sheriff, deputy sheriff or licensed process server, such person shall make affidavit thereof. The return shall set forth the name of the person served and the date, place, and method of service.

## Attempt Log

| Date | Description |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

IN THE DISTRICT COURT OF ELLIS COUNTY
STATE OF OKLAHOMA

| | | |
|---|---|---|
| SHATTUCK BANCSHARES, INC., and SNB BANK, N.A., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. CJ-2024- 9 |
| ERIC HANNELIUS, MICHAEL SHVARTSMAN, OKSANA MOORE, KARLA KNIGHT, ELENA POPOVA, JUSTIN SOULEN, BILL MY BNK, LLC, BT ASSETS GROUP, INC., EFT BUSINESS SERVICES, LLC, ENCOMPAY, INC., HANNELIUS-KNIGHT FAMILY TRUST, MG FAMILY TRUST, ONE PAY CLOUD, LLC, OST, LLC, PEPPER PAY, LLC, ROCKET HOLDINGS, LLC, SALT MONEY, INC., SKYLIGHT BUSINESS SERVICES, LLC, TRANSACT FIRST, INC., and TRANSACTION PROCESSING SERVICES, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## SUMMONS

**TO THE ABOVE-NAMED DEFENDANT:**

Transaction Processing Services, Inc.
21550 Biscayne Blvd., Ste. 400
Adventura, FL 33180

You have been sued by the above-named Plaintiff and you are directed to file a written Response to the attached Petition in the court at the above address **within twenty (20) days** after service of this Summons upon you, exclusive of the day of service. Within the same time, a copy of your Response must be delivered or mailed to the attorney for the Plaintiff. **Unless you respond to the Petition within the time stated, judgment will be rendered against you for the relief demanded in the Petition, together with the costs of the action.**

Issued on May 24, 2024.

[SEAL]

Sally Wayland
COURT CLERK

By _Sally Wayland_
~~Deputy~~ Court Clerk

Lawrence D. Rosenberg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC  20001.2113
+1.202.879.3939
ldrosenberg@jonesday.com
*(pro hac admission pending)*

and

Ryan E. Price, OBA #19547
Robyn G. Price, OBA # 18711
SIMS, PRICE & PRICE, PLLC
1517 Main St. / P.O. Box 1086
Woodward, OK  73802-1086
Telephone:  (580) 256-3155
Facsimile:  (580) 256-9902
*Attorneys for Plaintiff*

**YOU MAY SEEK THE ADVICE OF ANY ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OF YOUR RESPONSE.  SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT A RESPONSE MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**

This Summons was served on this ____ day of _____, 2024.

_____
Signature of person serving Summons