

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>ELLIS COUNTY</u>, OKLAHOMA

| | |
|---|---|
| Shattuck Bancshares Inc and SNB Bank NA Inc v. Hannelius, Eric; Michael Shvartsman; Oksana Moore; Karla Knight; Elena Popova; Justin Soulen; Bill My Bnk, LLC; BT Assets Group Inc; EFT Business Services LLC; Encompany Inc; Hannelius-Knight Family Trust; MG Family Trust; One Pay Cloud, LLC; OST LLC; Pepper Pay LLC; Rocket Holdings LLC; Salt Money Inc; Skylight Business Services LLC; Transact First Inc; and Transaction Processing Services Inc | No. CJ-2024-9<br>**(Civil relief more than $10,000: DAMAGE)**<br><br>Filed: 05/24/2024<br><br>Judge: Weedon, Jill Carpenter |

## PARTIES

Bill My Bnk LLC, Defendant
BT Assets Group Inc, Defendant
EFT Business Services LLC, Defendant
Encompany Inc, Defendant
Hannelius,  Eric, Defendant
Hannelius-Knight Family Trust, Defendant
Knight,  Karla, Defendant
MG Family Trust, Defendant
Moore,  Oksana, Defendant
One Pay Cloud LLC, Defendant
OST LLC, Defendant
Pepper Pay LLC, Defendant
Popova,  Elena, Defendant
Rocket Holdings LLC, Defendant
Salt Money Inc, Defendant
Shattuck Bancshares Inc, Plaintiff
Shvartsman,  Michael, Defendant
Skylight Business Services LLC, Defendant
SNB Bank NA, Plaintiff
Soulen,  Justin, Defendant
Transact First Inc, Defendant
Transaction Processing Services Inc, Defendant

**EXHIBIT 3**

# ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| Price, Ryan Eric (Bar #19547)<br>Sims Price and Price<br>1517 Main Street<br>PO Box 1086<br>Woodward, OK 73801 | SNB Bank NA,<br>Shattuck Bancshares Inc, |
| Rosenberg, Lawrence D<br>Jones Day<br>51 Louisana Ave NW<br>Washington, DC 20001 | SNB Bank NA,<br>Shattuck Bancshares Inc, |

# EVENTS

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Tuesday, December 17, 2024 at 1:30 PM Status Docket | SNB Bank NA | Jill Carpenter Weedon | |

# ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**   Issue: DAMAGE (DAMAGE)
Filed By: Shattuck Bancshares Inc
Filed Date: 05/24/2024

| Party Name | Disposition Information |
|---|---|
| | Pending. |

# DOCKET

| Date | Code | Description | | Count |
|---|---|---|---|---|
| 05-24-2024 | [ TEXT ] | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | | # 1 |
| 05-24-2024 | [ DAMAGE ] | DAMAGE-PETITION<br>Document Available at Court Clerk's Office | | |
| 05-24-2024 | [ DMFE ] | DISPUTE MEDIATION FEE | | $ 7.00 |
| 05-24-2024 | [ PFE1 ] | PETITION | | $ 163.00 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 05-24-2024 | [ PFE7 ] | LAW LIBRARY FEE | $ 6.00 |
| 05-24-2024 | [ OCISR ] | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | $ 25.00 |
| 05-24-2024 | [ OCJC ] | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | $ 1.55 |
| 05-24-2024 | [ OCASA ] | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | $ 5.00 |
| 05-24-2024 | [ SSFCHSCPC ] | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | $ 10.00 |
| 05-24-2024 | [ CCADMINCSF ] | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | $ 1.00 |
| 05-24-2024 | [ CCADMIN0155 ] | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | $ 0.16 |
| 05-24-2024 | [ SJFIS ] | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | $ 0.45 |
| 05-24-2024 | [ DCADMIN155 ] | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | $ 0.23 |
| 05-24-2024 | [ DCADMIN05 ] | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | $ 0.75 |
| 05-24-2024 | [ DCADMINCSF ] | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | $ 1.50 |
| 05-24-2024 | [ CCRMPF ] | COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE | $ 10.00 |
| 05-24-2024 | [ CCADMIN04 ] | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | $ 0.50 |
| 05-24-2024 | [ LTF ] | LENGTHY TRIAL FUND | $ 10.00 |
| 05-24-2024 | [ SMF ] | SUMMONS FEE (CLERKS FEE)- 20 SUMMONS | $ 200.00 |
| 05-24-2024 | [ SMIMA ] | SUMMONS ISSUED - ATTORNEY FOR SERVICE ON ERIC HANNELIUS<br>Document Available at Court Clerk's Office | |
| 05-24-2024 | [ SMIMA ] | SUMMONS ISSUED- ATTORNEY FOR SERVICE ON MICHAEL SHVARTSMAN<br>Document Available at Court Clerk's Office | |
| 05-24-2024 | [ SMIMA ] | SUMMONS ISSUED- ATTORNEY FOR SERVICE ON OKSANA MOORE<br>Document Available at Court Clerk's Office | |

| Date | Code | Entry |
|---|---|---|
| 05-24-2024 | [ SMIMA ] | SUMMONS ISSUED- ATTORNEY FOR SERVICE ON ELENA POPOVA<br>Document Available at Court Clerk's Office |
| 05-24-2024 | [ SMIMA ] | SUMMONS ISSUED- ATTORNEY FOR SERVICE ON JUSTIN SOULEN<br>Document Available at Court Clerk's Office |
| 05-24-2024 | [ SMIMA ] | SUMMONS ISSUED- ATTORNEY FOR SERVICE ON BILL MY BNK LLC<br>Document Available at Court Clerk's Office |
| 05-24-2024 | [ SMIMA ] | SUMMONS ISSUED- ATTORNEY FOR SERVICE ON BT ASSETS GROUP INC<br>Document Available at Court Clerk's Office |
| 05-24-2024 | [ SMIMA ] | SUMMONS ISSUED- ATTORNEY FOR SERVICE ON EFT BUSINESS SERVICES LLC<br>Document Available at Court Clerk's Office |
| 05-24-2024 | [ SMIMA ] | SUMMONS ISSUED- ATTORNEY FOR SERVICE ON ENCOMPANY INC<br>Document Available at Court Clerk's Office |
| 05-24-2024 | [ SMIMA ] | SUMMONS ISSUED- ATTORNEY FOR SERVICE ON HANNELIUS-KNIGHT FAMILY TRUST<br>Document Available at Court Clerk's Office |
| 05-24-2024 | [ SMIMA ] | SUMMONS ISSUED- ATTORNEY FOR SERVICE ON MG FAMILY TRUST<br>Document Available at Court Clerk's Office |
| 05-24-2024 | [ SMIMA ] | SUMMONS ISSUED- ATTORNEY FOR SERVICE ON ONE PAY CLOUD LLC<br>Document Available at Court Clerk's Office |
| 05-24-2024 | [ SMIMA ] | SUMMONS ISSUED- ATTORNEY FOR SERVICE ON OST LLC<br>Document Available at Court Clerk's Office |
| 05-24-2024 | [ SMIMA ] | SUMMONS ISSUED- ATTORNEY FOR SERVICE ON PEPPER PAY LLC<br>Document Available at Court Clerk's Office |
| 05-24-2024 | [ SMIMA ] | SUMMONS ISSUED- ATTORNEY FOR SERVICE ON ROCKET HOLDINGS LLC<br>Document Available at Court Clerk's Office |
| 05-24-2024 | [ SMIMA ] | SUMMONS ISSUED- ATTORNEY FOR SERVICE ON SALT MONEY INC<br>Document Available at Court Clerk's Office |
| 05-24-2024 | [ SMIMA ] | SUMMONS ISSUED- ATTORNEY FOR SERVICE ON SKYLIGHT BUSINESS SERVICES LLC<br>Document Available at Court Clerk's Office |

| | | |
|---|---|---|
| 05-24-2024 | [ SMIMA ] | |
| SUMMONS ISSUED- ATTORNEY FOR SERVICE ON TRANSACT FIRST INC | | |
| Document Available at Court Clerk's Office | | |
| 05-24-2024 | [ SMIMA ] | |
| SUMMONS ISSUED- ATTORNEY FOR SERVICE ON TRANSACTION PROCESSING SERVICES INC | | |
| Document Available at Court Clerk's Office | | |
| 05-24-2024 | [ SMIMA ] | |
| SUMMONS ISSUED - ATTORNEY FOR SERVICE ON KARLA KNIGHT | | |
| Document Available at Court Clerk's Office | | |
| 05-24-2024 | [ TEXT ] | |
| OCIS HAS AUTOMATICALLY ASSIGNED JUDGE WEEDON, JILL CARPENTER TO THIS CASE. | | |
| 05-24-2024 | [ ACCOUNT ] | |
| RECEIPT # 2024-47767 ON 05/24/2024.<br>PAYOR: L CLAY STUART TOTAL AMOUNT PAID: $ 442.14.<br>LINE ITEMS:<br>CJ-2024-9: $363.00 ON AC01 CLERK FEES.<br>CJ-2024-9: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.<br>CJ-2024-9: $1.66 ON AC31 COURT CLERK REVOLVING FUND.<br>CJ-2024-9: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.<br>CJ-2024-9: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.<br>CJ-2024-9: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.<br>CJ-2024-9: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.<br>CJ-2024-9: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND.<br>CJ-2024-9: $25.00 ON AC79 OCIS REVOLVING FUND.<br>CJ-2024-9: $10.00 ON AC81 LENGTHY TRIAL FUND.<br>CJ-2024-9: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.<br>CJ-2024-9: $10.00 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE. | | |
| 05-31-2024 | [ COPY ] | $ 83.00 |
| COPIES CHARGED FOR PETITION | | |
| 05-31-2024 | [ ACCOUNT ] | |
| RECEIPT # 2024-47780 ON 05/31/2024.<br>PAYOR: STUART SANDER TOTAL AMOUNT PAID: $ 83.00.<br>LINE ITEMS:<br>CJ-2024-9: $83.00 ON AC01 CLERK FEES. | | |
| 06-27-2024 | [ COPY ] | $ 93.00 |
| COPIES CHARGED PETITION AND MAILING TO TAYLOR SEARS | | |
| 06-27-2024 | [ ADJUST ] | $ 2.33 |
| ADJUSTING ENTRY: MONIES DUE TO AC09-CARD ALLOCATION | | |
| 06-27-2024 | [ ACCOUNT ] | |
| ADJUSTING ENTRY: MONIES DUE TO THE FOLLOWING AGENCIES REDUCED BY THE FOLLOWING AMOUNTS:<br>CJ-2024-9: AC01 CLERK FEES -$2.33 | | |

**06-27-2024**  [ **ACCOUNT** ]

RECEIPT # 2024-47867 ON 06/27/2024.

PAYOR: TAYLOR SEARS TOTAL AMOUNT PAID: $ 93.00.

LINE ITEMS:

CJ-2024-9: $90.67 ON AC01 CLERK FEES.

CJ-2024-9: $2.33 ON AC09 CARD ALLOCATIONS.