IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHATTUCK BANCSHARES, INC., AND SNB BANK, N.A.<br><br>**Plaintiffs,**<br>v.<br><br>ERIC HANNELIUS, MICHAEL SHVARTSMAN, OKSANA MOORE, KARLA KNIGHT, ELENA POPOVA, JUSTIN SOULEN, BILL MY BNK, LLC, BT ASSETS GROUP, INC., EFT BUSINESS SERVICES, LLC, ENCOMPAY, INC., HANNELIUS-KNIGHT FAMILY TRUST, MG FAMILY TRUST, ONE PAY CLOUD, LLC, OST, LLC, PEPPER PAY, LLC, ROCKET HOLDINGS, LLC, SALT MONEY, INC., SKYLIGHT BUSINESS SERVICES, LLC, TRANSACT FIRST, INC., AND TRANSACTION PROCESSING SERVICES, INC.,<br><br>**Defendants.** | Case No. 5:24-cv-00677-J |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants BT Assets Group, Inc., EFT Business Services, LLC, One Pay Cloud, LLC, OST, LLC, Pepper Pay, LLC, Skylight Business Services, LLC, Transact First, Inc., and Transaction Processing Services, Inc.

1. I certify that I am admitted to practice in this Court.

1

Date:  July 3, 2024                              Respectfully submitted,

/s/ *Littleton T. Ellett*
Jon Epstein, OBA No. 13274
Seth A. Day, OBA No. 20670
Carson Glass Lamle, OBA No. 32876
Littleton T. Ellett, IV, OBA No. 34644
**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**
100 North Broadway, Suite 2900
Oklahoma City, OK  73102
Telephone:  (405) 553-2828
Facsimile:  (405) 553-2855
jepstein@hallestill.com
sday@hallestill.com
clamle@hallestill.com
tellett@hallestill.com
**ATTORNEYS FOR DEFENDANTS, BT ASSETS GROUP, INC., EFT BUSINESS SERVICES, LLC, ONE PAY CLOUD, LLC, OST, LLC, PEPPER PAY, LLC, SKYLIGHT BUSINESS SERVICES, LLC, TRANSACT FIRST, INC., AND TRANSACTION PROCESSING SERVICES, INC.**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this the 3rd day of July, 2024, this notice was filed with the Clerk of Court using the Electronic Case Filing System, to the following counsel of record:

  Lawrence D. Rosenberg
  **JONES DAY**
  51 Louisiana Avenue, N.W.
  Washington, DC 20001.2113
  Telephone: (202) 879-3939
  ldrosenberg@jonesday.com
  (pro hac admission pending)

  and

  Ryan E. Price, OBA #19547
  **SIMS, PRICE & PRICE, PLLC**
  1517 Main Street – P.O. Box 1086
  Woodward, OK 73802.1086
  Telephone (580) 256-9900

  *Attorneys for Plaintiffs*

                                        */s/ Littleton T. Ellett*
                                        Littleton T. Ellett

20406982.1:014461.00001