IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHATTUCK BANCSHARES, INC., and SNB BANK, N.A.<br><br>          **Plaintiffs,**<br><br>v.<br><br>ERIC HANNELIUS, MICHAEL SHVARTSMAN, OKSANA MOORE, KARLA KNIGHT, ELENA POPOVA, JUSTIN SOULEN, BILL MY BNK, LLC, BT ASSETS GROUP, INC., EFT BUSINESS SERVICES, LLC, ENCOMPAY, INC., HANNELIUS-KNIGHT FAMILY TRUST,  MG FAMILY TRUST,  ONE PAY CLOUD, LLC, OST, LLC, PEPPER PAY, LLC, ROCKET HOLDINGS, LLC, SALT MONEY, INC., SKYLIGHT BUSINESS SERVICES, LLC, TRANSACT FIRST, INC., and TRANSACTION PROCESSING SERVICES, INC.,<br><br>          **Defendants.** | Case No. 5:24-cv-00667-J |

## DISCLOSURE STATEMENT IDENTIFYING CONSTITUENTS OF LLC

Defendant OST, LLC states as follows for its disclosure statement in accordance with Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1.1:

OST, LLC is a limited liability company organized under Maine law with its principal places of business in Maine.

The members of OST, LLC are Michael Shvartsman, his wife Alexandra Shvartsman, and the Hannelius-Knight Family Trust.

Michael and Alexandra Shvartsman are residents of Florida.

The members of the Hannelius-Knight Family Trust are Eric Hannelius and Karla Knight, who are both residents of Maine.

Therefore, no member of EFT Business Services, LLC is a citizen of Oklahoma.

Date:  July 3, 2024                                       Respectfully submitted,

/s/ *Seth A. Day*
Jon Epstein, OBA No. 13274
Seth A. Day, OBA No. 20670
Carson Glass Lamle, OBA No. 32876
Littleton T. Ellett, IV, OBA No. 34644
**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**
100 North Broadway, Suite 2900
Oklahoma City, OK  73102
Telephone:  (405) 553-2828
Facsimile:  (405) 553-2855
jepstein@hallestill.com
sday@hallestill.com
clamle@hallestill.com
tellett@hallestill.com
**ATTORNEYS FOR DEFENDANT, OST, LLC**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 3, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

  Ryan E. Price

  I further certify that on July 3, 2024, I served the same document by United States mail, with proper postage fully paid thereon, on the following, who are not registered participants of the ECF system:

  Lawrence D. Rosenberg
  **JONES DAY**
  51 Louisiana Avenue, N.W.
  Washington, DC 20001.2113
  Telephone: (202) 879-3939
  ldrosenberg@jonesday.com

            /s Seth A. Day
            Seth A. Day

20406348.1:014461.00001