IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **SHATTUCK BANCSHARES, INC., and SNB BANK, N.A.**<br><br>**Plaintiffs,**<br><br>v.<br><br>**ERIC HANNELIUS, MICHAEL SHVARTSMAN, OKSANA MOORE, KARLA KNIGHT, ELENA POPOVA, JUSTIN SOULEN, BILL MY BNK, LLC, BT ASSETS GROUP, INC., EFT BUSINESS SERVICES, LLC, ENCOMPAY, INC., HANNELIUS-KNIGHT FAMILY TRUST,  MG FAMILY TRUST,  ONE PAY CLOUD, LLC, OST, LLC, PEPPER PAY, LLC, ROCKET HOLDINGS, LLC, SALT MONEY, INC., SKYLIGHT BUSINESS SERVICES, LLC, TRANSACT FIRST, INC., and TRANSACTION PROCESSING SERVICES, INC.,**<br><br>**Defendants.** | Case No. 5:24-cv-00667-J |

## DISCLOSURE STATEMENT IDENTIFYING CONSTITUENTS OF LLC

Defendant EFT Business Services, LLC states as follows for its disclosure statement in accordance with Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1.1:

EFT Business Services, LLC is a limited liability company organized under Delaware law with its principal places of business in Aventura, Florida.

The sole member of EFT Business Services, LLC is Transact First, Inc.  Transact First, Inc. is a corporation organized under Delaware law with its principal place of business in Aventura, Florida.

Therefore, no member of EFT Business Services, LLC is a citizen of Oklahoma.

Date:  July 3, 2024				Respectfully submitted,


						/s/ *Seth A. Day*
						Jon Epstein, OBA No. 13274
						Seth A. Day, OBA No. 20670
						Carson Glass Lamle, OBA No. 32876
						Littleton T. Ellett, IV, OBA No. 34644
						**HALL, ESTILL, HARDWICK, GABLE,
						GOLDEN & NELSON, P.C.**
						100 North Broadway, Suite 2900
						Oklahoma City, OK  73102
						Telephone:  (405) 553-2828
						Facsimile:  (405) 553-2855
						jepstein@hallestill.com
						sday@hallestill.com
						clamle@hallestill.com
						tellett@hallestill.com
						**ATTORNEYS FOR DEFENDANT,
						EFT Business Services, LLC**

## CERTIFICATE OF SERVICE

      I hereby certify that on July 3, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

    Ryan E. Price

      I further certify that on July 3, 2024, I served the same document by United States mail, with proper postage fully paid thereon, on the following, who are not registered participants of the ECF system:

    Lawrence D. Rosenberg
    **JONES DAY**
    51 Louisiana Avenue, N.W.
    Washington, DC 20001.2113
    Telephone: (202) 879-3939
    ldrosenberg@jonesday.com

                                                /s Seth A. Day
                                                Seth A. Day

20406319.1:014461.00001