# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHATTUCK BANCSHARES, INC., and SNB BANK, N.A.,<br><br>  Plaintiffs,<br>v.<br><br>ERIC HANNELIUS, MICHAEL SHVARTSMAN, OKSANA MOORE, KARLA KNIGHT, ELENA POPOVA, JUSTIN SOULEN, BILL MY BNK, LLC, BT ASSETS GROUP, INC., EFT BUSINESS SERVICES, LLC, ENCOMPAY, INC., HANNELIUS-KNIGHT FAMILY TRUST,  MG FAMILY TRUST,  ONE PAY CLOUD, LLC, OST, LLC, PEPPER PAY, LLC, ROCKET HOLDINGS, LLC, SALT MONEY, INC., SKYLIGHT BUSINESS SERVICES, LLC, TRANSACT FIRST, INC., and TRANSACTION PROCESSING SERVICES, INC.,<br><br>  Defendants. | Case No. 5:24-CV-00677-J |

## CERTIFICATE OF COMPLIANCE WITH
## REQUIREMENTS TO GIVE NOTICE OF REMOVAL

The undersigned attorney of record for Defendants, BT Assets Group, Inc., EFT Business Services, LLC, One Pay Cloud, LLC, OST, LLC, Pepper Pay, LLC, Skylight Business Services, LLC, Transact First, Inc., and Transaction Processing Services, Inc., ("Removing Defendants"), certifies that, in compliance with 28 U.S.C. §1446(d), a copy of the Notice of Filing Notice of Removal of this action has been filed with the Clerk of the Ellis County District Court, State of Oklahoma.  A file-stamped copy of the Notice of

Filing Notice of Removal is attached hereto as Exhibit 1. The undersigned further certifies that, in compliance with the requirements of 28 U.S.C. §1446(d), written notice of the removal was also forwarded to all parties in this action, along with a copy of the Notice of Removal filed in this Court.

Date: July 9, 2024

Respectfully submitted,

/s/ *Seth A. Day*
Jon Epstein, OBA No. 13274
Seth A. Day, OBA No. 20670
Carson Glass Lamle, OBA No. 32876
Littleton T. Ellett, IV, OBA No. 34644
**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**
100 North Broadway, Suite 2900
Oklahoma City, OK 73102
Telephone: (405) 553-2828
Facsimile: (405) 553-2855
jepstein@hallestill.com
sday@hallestill.com
clamle@hallestill.com
tellett@hallestill.com
**ATTORNEYS FOR REMOVING DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Ryan E. Price

I further certify that on July 9, 2024, I served the same document by United States mail, with proper postage fully paid thereon, on the following, who are not registered participants of the ECF system:

Lawrence D. Rosenberg
**JONES DAY**
51 Louisiana Avenue, N.W.
Washington, DC 20001.2113
Telephone: (202) 879-3939
ldrosenberg@jonesday.com

/s *Seth A. Day*
Seth A. Day

20407269.1:014461.00001