# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF OKLAHOMA

Shattuck Bancshares, Inc., et al.
       Plaintiff(s)

vs.　　　　　　　　　　　　　　　　　　　　　　　Case Number:  5:24-cv-00677-J

Eric Hannelius, et al.
       Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1., which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____ Encompay, Inc. _____
[name of party]

who is a (check one)  ☐ PLAINTIFF    ☒ DEFENDANT    in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**
   (Check one)   ☐ YES   ☒ NO

2. **Does party have any parent corporations?**
   (Check one)   ☐ YES   ☒ NO

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**
   (Check one)   ☐ YES   ☒ NO

   If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

    (Check one)   ☐ YES   ☑ NO

If YES, identify entity and nature of interest:

5. **Is party a trade association?**

    (Check one)   ☐ YES   ☑ NO

If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this  10  day of  July  , 20 24 .

| | |
|---|---|
| /s Seth A. Day | |
| Signature | |
| Seth A. Day | 20670 |
| Printed Name | Bar Number |
| Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C. | |
| Firm Name | |
| 100 N. Broadway, Ste. 2900 | |
| Address | |
| Oklahoma City | OK     73120 |
| City | State     ZIP |
| (405) 553-2828 | (405) 553-2855 |
| Phone | Fax |
| sday@hallestill.com | |
| Email Address | |

## CERTIFICATE OF SERVICE

I hereby certify that on    July 10, 2024            (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Ryan E. Price

I hereby certify that on    July 10, 2024            (Date), I served the same document by

☑ U.S. Postal Service     ☐ In Person Delivery
☐ Courier Service         ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es): Lawrence D. Rosenberg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001.2113

S/Seth A. Day
Signature