## IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF OKLAHOMA

SHATTUCK BANCSHARES, INC.,
AND SNB BANK, N.A.

              Plaintiffs,

v.

ERIC HANNELIUS, MICHAEL
SHVARTSMAN, OKSANA MOORE,
KARLA KNIGHT, ELENA POPOVA,
JUSTIN SOULEN, BILL MY BNK,
LLC, BT ASSETS GROUP, INC., EFT
BUSINESS SERVICES, LLC,
ENCOMPAY, INC., HANNELIUS-
KNIGHT FAMILY TRUST,  MG
FAMILY TRUST,  ONE PAY CLOUD,
LLC, OST, LLC, PEPPER PAY, LLC,
ROCKET HOLDINGS, LLC, SALT
MONEY, INC., SKYLIGHT BUSINESS
SERVICES, LLC, TRANSACT FIRST,
INC., AND TRANSACTION
PROCESSING SERVICES, INC.,

              Defendants.

Case No. 5:24-cv-00677-J

### DECLARATION OF OKSANA MOORE

I, Oksana Moore, of lawful age and sound mind do swear, under penalty of perjury pursuant

to the laws of the state of Florida, to the following:

1.      I have personal knowledge of the facts set forth herein.

2.      I am a Defendant in the above-captioned matter.

3.      I have reviewed the Affidavit of Service from process server Roy Miller attached

hereto as Exhibit A.

4.      Mr. Miller makes several false statements in his Affidavit.

5.      First, Mr. Miller claims that my Unit has 2 doors.  It only has 1 door.

**EXHIBIT**

**1**

6.      Second, Mr. Miller claims that he knocked on my door on June 15, 2024 at 11:14 a.m., and that I opened the door and then shut the door when he told me he was serving documents on me.  This is not true.

7.      I was at a Chiropractor appointment with my 2 minor children on Saturday June 15, 2024 at 11:00 a.m.

8.      Exhibit B to this Declaration is a series of text messages with my Chiropractor's Office discussing my family's appointment at 10 a.m. on June 15, 2024.  As explained in the texts, I moved the appointment to 11 a.m. because I had trouble getting my son out of bed.

9.      In order to get the appointment by 11:00 a.m., we left our apartment at around 10:00 a.m.

10.     The appointment lasted at least two hours.  Exhibit C is a screenshot of my Zelle payments to my Chiropractor which show my payment for this June 15, 2024 visit.

11.      After our appointment, I took my kids out to lunch at the Family fresh Café, followed by a trip to the Granier Bakery.  Exhibit D is a Screenshot from my Discover Card online access showing my payments for these 2 visits.

12.     We did not return home until after 3 p.m.  There was no one else at my apartment during this time.

13.     Additionally, I do not believe that Oklahoma has personal jurisdiction over me.

14.     I have never done business in Oklahoma and I have never even been to Oklahoma.

15.     To the extent I had any communications with Plaintiff, SNB Bank or signed any documents for SNB Bank, I did so from my place of employment in Miami, Florida and I did so solely in my capacity as an employee of one of the corporate Defendants in this matter.

2

I declare under penalty of perjury the foregoing is true and correct.

Executed this 10th day of July, 2024.

3

# EXHIBIT A

IN THE DISTRICT COURT OF ELLIS COUNTY, STATE OF OKLAHOMA

**SNB BANK, N.A.; SHATTUCK BANCSHARES, INC.**

  *Plaintiff(s) / Petitioner(s)*

v.

**TRANSACT FIRST, INC., TRANSACTION PROCESSING
SERVICES, INC., ERIC HANNELIUS, MICHAEL
SHVARTSMAN, OKSANA MOORE, KARLA KNIGHT,
ELENA POPOVA, JUSTIN SOULEN, BILL MY BNK, LLC,
BT ASSETS GROUP, INC., EFT BUSINESS SERVICES,
LLC, ENCOMPAY, INC., HANNELIUS-KNIGHT FAMILY
TRUST, MG FAMILY TRUST, ONE PAY CLOUD, LLC,
OST, LLC, PEPPER PAY, LLC, ROCKET HOLDINGS, LLC,
SALT MONEY, INC., SKYLIGHT BUSINESS SERVICES,
LLC**

Case No.: CJ-2024-9

  *Defendant(s) / Respondent(s)*

## <u>AFFIDAVIT OF SERVICE</u>

I, Roy Miller, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Oksana Moore in Miami-Dade County, FL on June 15, 2024 at 11:14 am at 250 174th St, Apt 2004, Sunny Isles Beach, FL 33160 by refusal service by identifying the following documents, offering to deliver them to a person identified to me as Oksana Moore who refused service, and then leaving the documents in a conspicuous place.

Petition
Summons
Exhibits

Additional Description:
Confirmed with neighbor that she lives there. Unit has 2 doors. The woman opened the door a bit. I told her I had a delivery, court documents, and she shut the door.  I  announced that I was leaving them at the front door and that she had been served.

White Female, est. age 45-54, glasses: N, Blonde hair, 140 lbs to 160 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=25.9369614666,-80.1276381562
Photograph: See Exhibit 1

Total Cost: $156.70

I state under penalty of perjury under the laws of Oklahoma that the foregoing is true and correct.

Executed in

   Miami-Dade County,

  FL   on   6/19/2024.

/s/ *Roy Miller*
_____
Signature
Roy Miller
+1 (786) 327-4973





# EXHIBIT B

4:00

When me and kids come ?

Yes! And your mom too.

Do you want your mom to come with you so she can see it first?

Yes ;)

When we have our appointment?

Ok 👍 yes 👍

If that works for you.

When is our appointment? What date

Saturday the 15th

Great. 👍
Let's do mom Thursday 20 th 10 am ?

Great! 👍

Sat, Jun 15 at 8:16 AM

See you at 10!
933 SW 19th fort Lauderdale 33315

Sat, Jun 15 at 9:17 AM

Hi can we do 11
It doesn't look that I am able to wake up Gabriel

iMessage

# EXHIBIT C

4:01

← **Past Payments**

C

**CABLEKRYSSA**
Registered as **KRYSSA CABLE FAMILY CHIROPRACTIC, INC, FORT LAUDERDALE, FL**
(310) 463-0006

**See when you last sent money to this recipient.**

| Jul 03, 2024 | |
|---|---|
| Completed | $250.00 |

| Jun 20, 2024 | |
|---|---|
| Completed | $215.00 |

| Jun 15, 2024 | |
|---|---|
| Completed | $360.00 |

| Jun 06, 2024 | |
|---|---|
| Completed | $180.00 |

| May 25, 2024 | |
|---|---|
| Completed | $360.00 |

| May 21, 2024 | |
|---|---|
| Completed | $215.00 |

| May 14, 2024 | |
|---|---|
| Completed | $235.00 |

| May 07, 2024 | |
|---|---|
| Completed | $180.00 |

| May 04, 2024 | |
|---|---|
| Completed | $360.00 |

# EXHIBIT D

 **DISCOVER**

OKSANA MOORE
Acct. Ending 1371
250 174TH ST APT 2004, SUNNY ISL BCH, FL, 33160-5386
(786)274-0917

## Transaction Details

| Trans. Date | Description | Amount | Category |
|---|---|---|---|
| 06/15/24 | TST* FAMILY FRESH SUNNY ISLES BFL<BR/>00104365018310350339AA | $ 84.02 | Restaurants |

### TST*TST* FAMILY FRESH

18288 Collins Ave 2, FL 33160

| | |
|---|---|
| **Post Date** | Saturday, June 15, 2024 |
| **Transaction Date** | Saturday, June 15, 2024 |
| **Merchant Category** | EATING PLACES AND RESTAURANTS |
| **Purchase Method** | RADIO FREQUENCY IDENTIFICATION |
| **Buyer Name** | OKSANA MOORE |

©2014 Discover Bank, Member FDIC.



OKSANA MOORE
Acct. Ending 1371
250 174TH ST APT 2004, SUNNY ISL BCH, FL, 33160-5386
(786)274-0917

## Transaction Details

| Trans. Date | Description | Amount | Category |
|---|---|---|---|
| 06/15/24 | GRANIER BAKERY SUNNY SUNNY ISLES FL | $ 63.00 | Restaurants |

### GRANIER BAKERY SUNNY

18230 COLLINS AVE, FL 33160

(305) 974 - 0469

| | |
|---|---|
| **Post Date** | Saturday, June 15, 2024 |
| **Transaction Date** | Saturday, June 15, 2024 |
| **Merchant Category** | EATING PLACES AND RESTAURANTS |
| **Purchase Method** | INTEGRATED CIRCUIT CARD READER |
| **Buyer Name** | OKSANA MOORE |
| **Card Used** | |
| **Point Of Sale Zip Code** | 33160 |
| **Phone Number** | 3059740469 |
| **Merchant Url Text** | ALVARO.POTES@ON.C |

©2014 Discover Bank, Member FDIC.