UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHATTUCK BANCSHARES, INC., et al., | ) |
| Plaintiffs, | ) ) ) ) |
| v. | ) ) Case No. CIV-24-677-J |
| ERIC HANNELIUS, et al., | ) ) ) ) |
| Defendants. | ) |

**ORDER**

Before the Court is Plaintiffs' Unopposed Motion to Reopen Case and Reinstate All Prior Deadlines [Doc. No. 33]. Upon review of Plaintiffs' unopposed motion, and in light of the dismissal of Defendant One Pay Cloud, LLC, the Court GRANTS Plaintiff's Unopposed Motion to Reopen Case and Reinstate All Prior Deadlines as follows:

1. The Court hereby REOPENS this case;

2. The Court REINSTATES all prior deadlines, except those deadlines set forth below; and

3. The Court ORDERS that Plaintiffs' response to the Motion to Transfer Venue Per 28 U.S.C. § 1404(a) or, Alternatively, Dismiss the Complaint in Part for Failure to State a Claim Per Rule 12(b)(6) [Doc. No. 19] and Plaintiffs' response to the Motion to Dismiss for lack of Personal Jurisdiction, Improper Service, and Failure to State a Claim [Doc. No. 27] shall be filed on or before August 7, 2024.

IT IS SO ORDERED this 17th day of July, 2024.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE