# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Shattuck Bancshares, Inc., and SNB Bank, N.A., <br><br> Plaintiffs, <br><br> v. <br><br> Eric Hannelius, Michael Shvartsman, Oksana Moore, Karla Knight, Elena Popova, Justin Soulen, Bill My Bnk, LLC, BT Assets Group, Inc., EFT Business Services, LLC, EnComPay, Inc., Hannelius-Knight Family Trust, MG Family Trust, OST, LLC, Pepper Pay, LLC, Rocket Holdings, LLC, Salt Money, Inc., Skylight Business Services, LLC, Transact First, Inc., and Transaction Processing Services, Inc., <br><br> Defendants. | Case No. CIV-24-677-J |

## PLAINTIFFS' UNOPPOSED MOTION FOR ORAL ARGUMENT

Plaintiffs Shattuck Bancshares, Inc., and SNB Bank, N.A. (collectively, "Plaintiffs"), by and through undersigned counsel, move for oral argument regarding the four pending motions before the Court [Doc. Nos. 19, 27, 44, and 47]. Defendants do not oppose this Motion. In support of this Motion, Plaintiffs state as follows:

Plaintiffs filed this case in the District Court of Ellis County, Oklahoma, on May 24, 2024 [Doc. No. 1-1]. On July 3, 2024, Defendants removed this case to federal court [Doc. No. 1]. On July 10, 2024, Defendants BT Assets Group Inc., Bill My Bnk LLC, EFT

Business Services LLC, EnComPay, Inc., OST LLC, Pepper Pay LLC, Rocket Holdings LLC, Salt Money Inc., Skylight Business Services LLC, Transact First Inc., and Transaction Processing Services Inc. (the "Business Defendants") filed a motion to transfer this case to Florida or, alternatively, dismiss some of the causes of action [Doc. No. 19]. Also on July 10, 2024, Defendants MG Family Trust, Oksana Moore, Michael Shvartsman, and Justin Soulen (the "Individual Defendants") filed a motion to dismiss for lack of personal jurisdiction, improper service, and failure to state a claim as to certain causes of action [Doc. No. 27]. (On August 30, 2024, the Individual Defendants waived their arguments regarding improper service [Doc. No. 55]). On July 26, 2024, Defendants Eric Hannelius, Hannelius-Knight Family Trust, and Karla Knight ("Hannelius-Knight") filed a motion to dismiss for lack of personal jurisdiction and failure to state a claim as to certain causes of action [Doc. No. 44]. And on August 12, 2024, Defendant Elena Popova ("Popova") filed a motion to dismiss for lack of personal jurisdiction and failure to state a claim as to certain causes of action [Doc. No. 47]. All of these motions are now fully briefed.

     Notably, none of the motions seeks dismissal of the entire case. At most, even if successful, the motions would result in the case as to the Business Defendants being transferred to Florida, and having some (but not all) claims against some (but not all) defendants being dismissed. Given the variety of arguments as to various defendants, and that there are multiple motions filed by multiple defendants, Plaintiffs believe that oral argument to crystallize the issues, explain how the various claims and defenses relate to

one another, and address the Court's questions would significantly assist the Court. Plaintiffs therefore ask the Court to schedule oral argument at the Court's convenience.

Plaintiffs have conferred with counsel for Defendants, who do not object to this motion. The parties are both available on the following dates in September and October: September 18-19, September 24, October 9, October 21 before noon, and October 29-30.

For the foregoing reasons, Plaintiffs move this Court to schedule oral argument on the pending motions to transfer and to dismiss.

September 12, 2024                                   Respectfully submitted,


/s/ *Lawrence D. Rosenberg*
Lawrence D. Rosenberg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC  20001.2113
+1.202.879.3939
ldrosenberg@jonesday.com
*(pro hac admission pending)*


/s/ *Donald K. Shandy*
Donald K. Shandy, OBA #11511
Evan G.E. Vincent, OBA #22325
CROWE & DUNLEVY, P.C.
Braniff Building
324 North Robinson Avenue, Suite 100
Oklahoma City, OK  73102.8273
Telephone: +1.405.235.7700
Facsimile: +1.405.239.6651
donald.shandy@crowedunlevy.com
evan.vincent@crowedunlevy.com

*Counsel for Plaintiffs Shattuck Bancshares, Inc., and SNB Bank, N.A.*

## **VERIFICATION**

The undersigned verifies that the facts stated in this Motion are true and correct.

September 12, 2024                    /s/ *Lawrence D. Rosenberg*
                                              Lawrence D. Rosenberg

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Shattuck Bancshares, Inc., and SNB Bank, N.A.,<br><br>    Plaintiffs,<br><br>v.<br><br><br>Eric Hannelius, Michael Shvartsman, Oksana Moore, Karla Knight, Elena Popova, Justin Soulen, Bill My Bnk, LLC, BT Assets Group, Inc., EFT Business Services, LLC, EnComPay, Inc., Hannelius-Knight Family Trust, MG Family Trust, OST, LLC, Pepper Pay, LLC, Rocket Holdings, LLC, Salt Money, Inc., Skylight Business Services, LLC, Transact First, Inc., and Transaction Processing Services, Inc.,<br><br>    Defendants. | Case No. CIV-24-677-J |

## **[PROPOSED] ORDER SCHEDULING ORAL ARGUMENT**

The Court agrees that oral argument would be helpful to crystallize the issues, explain how the various claims and defenses relate to one another, and address the Court's questions, and it therefore sets oral argument for _____, 2024.

September \_\_, 2024

/s/ _____
Clerk of Court