**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

SHATTUCK BANCSHARES, INC., et al.,    )
            )
     Plaintiffs,  )
            )
v.            )  Case No. CIV-24-677-J
            )
ERIC HANNELIUS, et al.,   )
            )
     Defendants.  )

## ORDER

   Before the Court is Plaintiffs' Unopposed Motion for Oral Argument [Doc. No. 58]. Upon review of the motion for oral argument and the pending motions, the Court finds that oral argument is not necessary. Accordingly, the Court DENIES Plaintiffs' Unopposed Motion for Oral Argument.

   IT IS SO ORDERED this 23rd day of October, 2024.

                  BERNARD M. JONES
                  UNITED STATES DISTRICT JUDGE