# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHATTUCK BANCSHARES, INC., AND SNB BANK, N.A.<br><br>     **Plaintiffs,**<br>v.<br><br>ERIC HANNELIUS, MICHAEL SHVARTSMAN, OKSANA MOORE, KARLA KNIGHT, ELENA POPOVA, JUSTIN SOULEN, BILL MY BNK, LLC, BT ASSETS GROUP, INC., EFT BUSINESS SERVICES, LLC, ENCOMPAY, INC., HANNELIUS-KNIGHT FAMILY TRUST,  MG FAMILY TRUST,  ONE PAY CLOUD, LLC, OST, LLC, PEPPER PAY, LLC, ROCKET HOLDINGS, LLC, SALT MONEY, INC., SKYLIGHT BUSINESS SERVICES, LLC, TRANSACT FIRST, INC., AND TRANSACTION PROCESSING SERVICES, INC.,<br><br>     **Defendants.** | Case No. 5:24-cv-00677-J |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Carson Glass Lamle moves the Court for an Order allowing her to withdraw as counsel of record for Defendants Bill My Bnk, LLC, EnCompay, Inc., Rocket Holdings, LLC, and Salt Money, Inc. (collectively, "Defendants").  In support of this Motion, Ms. Lamle states as follows:

1.     Defendants have been represented by Jon Epstein, Seth A. Day, Littleton T. Ellett, IV and Carson Glass Lamle of the law firm of Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C. ("Hall Estill").

2.     Ms. Lamle is leaving Hall Estill on November 22, 2024.  Therefore, it is necessary for her to withdraw as counsel of record for Defendants.

3. Defendants will continue to be represented by Jon Epstein, Seth A. Day and Littleton T. Ellett, IV of Hall Estill.

4. This Motion will not delay any scheduled deadlines in this case.

WHEREFORE, Carson Glass Lamle respectfully requests the Court to enter an Order allowing her to withdraw as one of the counsel of record for Defendants.

Date:  November 22, 2024                    Respectfully submitted,


/s/ *Carson Glass Lamle*
Jon Epstein, OBA No. 13274
Seth A. Day, OBA No. 20670
Carson Glass Lamle, OBA No. 32876
Littleton T. Ellett, IV, OBA No. 34644
**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**
100 North Broadway, Suite 2900
Oklahoma City, OK  73102
Telephone:  (405) 553-2828
Facsimile:  (405) 553-2855
jepstein@hallestill.com
sday@hallestill.com
clamle@hallestill.com
tellett@hallestill.com
**ATTORNEYS FOR DEFENDANTS, BILL MY BNK, LLC, ENCOMPAY, INC., ROCKET HOLDINGS, LLC, AND SALT MONEY, INC.**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this the 22nd day of November, 2024, this notice was filed with the Clerk of Court using the Electronic Case Filing System, to the following counsel of record:

Lawrence D. Rosenberg
**JONES DAY**
51 Louisiana Avenue, N.W.
Washington, DC 20001.2113
Telephone: (202) 879-3939
ldrosenberg@jonesday.com

and

Ryan E. Price, OBA #19547
**SIMS, PRICE & PRICE, PLLC**
1517 Main Street – P.O. Box 1086
Woodward, OK 73802.1086
Telephone (580) 256-9900

*Attorneys for Plaintiffs*

 

*/s/ Carson Glass Lamle*
Carson Glass Lamle

# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **SHATTUCK BANCSHARES, INC., AND SNB BANK, N.A.**<br><br>  **Plaintiffs,**<br>v.<br><br>**ERIC HANNELIUS, MICHAEL SHVARTSMAN, OKSANA MOORE, KARLA KNIGHT, ELENA POPOVA, JUSTIN SOULEN, BILL MY BNK, LLC, BT ASSETS GROUP, INC., EFT BUSINESS SERVICES, LLC, ENCOMPAY, INC., HANNELIUS-KNIGHT FAMILY TRUST, MG FAMILY TRUST, ONE PAY CLOUD, LLC, OST, LLC, PEPPER PAY, LLC, ROCKET HOLDINGS, LLC, SALT MONEY, INC., SKYLIGHT BUSINESS SERVICES, LLC, TRANSACT FIRST, INC., AND TRANSACTION PROCESSING SERVICES, INC.,**<br><br>  **Defendants.** | Case No. 5:24-cv-00677-J |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Carson Glass Lamle moves the Court for an Order allowing her to withdraw as counsel of record for Defendants Bill My Bnk, LLC, EnCompay, Inc., Rocket Holdings, LLC, and Salt Money, Inc. (collectively, "Defendants"). In support of this Motion, Ms. Lamle states as follows:

1. Defendants have been represented by Jon Epstein, Seth A. Day, Littleton T. Ellett, IV and Carson Glass Lamle of the law firm of Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C. ("Hall Estill").

2. Ms. Lamle is leaving Hall Estill on November 22, 2024. Therefore, it is necessary for her to withdraw as counsel of record for Defendants.

3. Defendants will continue to be represented by Jon Epstein, Seth A. Day and Littleton T. Ellett, IV of Hall Estill.

4. This Motion will not delay any scheduled deadlines in this case.

WHEREFORE, Carson Glass Lamle respectfully requests the Court to enter an Order allowing her to withdraw as one of the counsel of record for Defendants.

Date: November 22, 2024                                Respectfully submitted,


/s/ *Carson Glass Lamle*
Jon Epstein, OBA No. 13274
Seth A. Day, OBA No. 20670
Carson Glass Lamle, OBA No. 32876
Littleton T. Ellett, IV, OBA No. 34644
**HALL, ESTILL, HARDWICK, GABLE,
GOLDEN & NELSON, P.C.**
100 North Broadway, Suite 2900
Oklahoma City, OK  73102
Telephone:  (405) 553-2828
Facsimile:  (405) 553-2855
jepstein@hallestill.com
sday@hallestill.com
clamle@hallestill.com
tellett@hallestill.com
**ATTORNEYS FOR DEFENDANTS,
BILL MY BNK, LLC, ENCOMPAY,
INC., ROCKET HOLDINGS, LLC, AND
SALT MONEY, INC.**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this the 22nd day of November, 2024, this notice was filed with the Clerk of Court using the Electronic Case Filing System, to the following counsel of record:

Lawrence D. Rosenberg
**JONES DAY**
51 Louisiana Avenue, N.W.
Washington, DC 20001.2113
Telephone: (202) 879-3939
ldrosenberg@jonesday.com

and

Ryan E. Price, OBA #19547
**SIMS, PRICE & PRICE, PLLC**
1517 Main Street – P.O. Box 1086
Woodward, OK 73802.1086
Telephone (580) 256-9900

*Attorneys for Plaintiffs*

                                                       */s/ Carson Glass Lamle*
                                                       Carson Glass Lamle

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **SHATTUCK BANCSHARES, INC., AND SNB BANK, N.A.**<br><br>    **Plaintiffs,**<br>v.<br><br>**ERIC HANNELIUS, MICHAEL SHVARTSMAN, OKSANA MOORE, KARLA KNIGHT, ELENA POPOVA, JUSTIN SOULEN, BILL MY BNK, LLC, BT ASSETS GROUP, INC., EFT BUSINESS SERVICES, LLC, ENCOMPAY, INC., HANNELIUS-KNIGHT FAMILY TRUST, MG FAMILY TRUST, ONE PAY CLOUD, LLC, OST, LLC, PEPPER PAY, LLC, ROCKET HOLDINGS, LLC, SALT MONEY, INC., SKYLIGHT BUSINESS SERVICES, LLC, TRANSACT FIRST, INC., AND TRANSACTION PROCESSING SERVICES, INC.,**<br><br>    **Defendants.** | Case No. 5:24-cv-00677-J |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Carson Glass Lamle moves the Court for an Order allowing her to withdraw as counsel of record for Defendants Bill My Bnk, LLC, EnCompay, Inc., Rocket Holdings, LLC, and Salt Money, Inc. (collectively, "Defendants"). In support of this Motion, Ms. Lamle states as follows:

1. Defendants have been represented by Jon Epstein, Seth A. Day, Littleton T. Ellett, IV and Carson Glass Lamle of the law firm of Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C. ("Hall Estill").

2. Ms. Lamle is leaving Hall Estill on November 22, 2024. Therefore, it is necessary for her to withdraw as counsel of record for Defendants.

3. Defendants will continue to be represented by Jon Epstein, Seth A. Day and Littleton T. Ellett, IV of Hall Estill.

4. This Motion will not delay any scheduled deadlines in this case.

WHEREFORE, Carson Glass Lamle respectfully requests the Court to enter an Order allowing her to withdraw as one of the counsel of record for Defendants.

Date: November 22, 2024

Respectfully submitted,

/s/ *Carson Glass Lamle*
Jon Epstein, OBA No. 13274
Seth A. Day, OBA No. 20670
Carson Glass Lamle, OBA No. 32876
Littleton T. Ellett, IV, OBA No. 34644
**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**
100 North Broadway, Suite 2900
Oklahoma City, OK  73102
Telephone:  (405) 553-2828
Facsimile:  (405) 553-2855
jepstein@hallestill.com
sday@hallestill.com
clamle@hallestill.com
tellett@hallestill.com
**ATTORNEYS FOR DEFENDANTS, BILL MY BNK, LLC, ENCOMPAY, INC., ROCKET HOLDINGS, LLC, AND SALT MONEY, INC.**

2

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this the 22nd day of November, 2024, this notice was filed with the Clerk of Court using the Electronic Case Filing System, to the following counsel of record:

Lawrence D. Rosenberg
**JONES DAY**
51 Louisiana Avenue, N.W.
Washington, DC 20001.2113
Telephone: (202) 879-3939
ldrosenberg@jonesday.com

and

Ryan E. Price, OBA #19547
**SIMS, PRICE & PRICE, PLLC**
1517 Main Street – P.O. Box 1086
Woodward, OK 73802.1086
Telephone (580) 256-9900

*Attorneys for Plaintiffs*

                              */s/ Carson Glass Lamle*
                              Carson Glass Lamle

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **SHATTUCK BANCSHARES, INC., AND SNB BANK, N.A.**<br><br>    **Plaintiffs,**<br>v.<br><br>**ERIC HANNELIUS, MICHAEL SHVARTSMAN, OKSANA MOORE, KARLA KNIGHT, ELENA POPOVA, JUSTIN SOULEN, BILL MY BNK, LLC, BT ASSETS GROUP, INC., EFT BUSINESS SERVICES, LLC, ENCOMPAY, INC., HANNELIUS-KNIGHT FAMILY TRUST, MG FAMILY TRUST, ONE PAY CLOUD, LLC, OST, LLC, PEPPER PAY, LLC, ROCKET HOLDINGS, LLC, SALT MONEY, INC., SKYLIGHT BUSINESS SERVICES, LLC, TRANSACT FIRST, INC., AND TRANSACTION PROCESSING SERVICES, INC.,**<br><br>    **Defendants.** | Case No. 5:24-cv-00677-J |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Carson Glass Lamle moves the Court for an Order allowing her to withdraw as counsel of record for Defendants Bill My Bnk, LLC, EnCompay, Inc., Rocket Holdings, LLC, and Salt Money, Inc. (collectively, "Defendants"). In support of this Motion, Ms. Lamle states as follows:

1. Defendants have been represented by Jon Epstein, Seth A. Day, Littleton T. Ellett, IV and Carson Glass Lamle of the law firm of Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C. ("Hall Estill").

2. Ms. Lamle is leaving Hall Estill on November 22, 2024. Therefore, it is necessary for her to withdraw as counsel of record for Defendants.

3. Defendants will continue to be represented by Jon Epstein, Seth A. Day and Littleton T. Ellett, IV of Hall Estill.

4. This Motion will not delay any scheduled deadlines in this case.

WHEREFORE, Carson Glass Lamle respectfully requests the Court to enter an Order allowing her to withdraw as one of the counsel of record for Defendants.

Date: November 22, 2024

Respectfully submitted,

/s/ *Carson Glass Lamle*
Jon Epstein, OBA No. 13274
Seth A. Day, OBA No. 20670
Carson Glass Lamle, OBA No. 32876
Littleton T. Ellett, IV, OBA No. 34644
**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**
100 North Broadway, Suite 2900
Oklahoma City, OK 73102
Telephone: (405) 553-2828
Facsimile: (405) 553-2855
jepstein@hallestill.com
sday@hallestill.com
clamle@hallestill.com
tellett@hallestill.com
**ATTORNEYS FOR DEFENDANTS, BILL MY BNK, LLC, ENCOMPAY, INC., ROCKET HOLDINGS, LLC, AND SALT MONEY, INC.**

2

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 22nd day of November, 2024, this notice was filed with the Clerk of Court using the Electronic Case Filing System, to the following counsel of record:

Lawrence D. Rosenberg
**JONES DAY**
51 Louisiana Avenue, N.W.
Washington, DC 20001.2113
Telephone: (202) 879-3939
ldrosenberg@jonesday.com

and

Ryan E. Price, OBA #19547
**SIMS, PRICE & PRICE, PLLC**
1517 Main Street – P.O. Box 1086
Woodward, OK 73802.1086
Telephone (580) 256-9900

*Attorneys for Plaintiffs*

                                                          */s/ Carson Glass Lamle*
                                                          Carson Glass Lamle

# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **SHATTUCK BANCSHARES, INC., AND SNB BANK, N.A.**<br><br>                   **Plaintiffs,**<br>v.<br><br>**ERIC HANNELIUS, MICHAEL SHVARTSMAN, OKSANA MOORE, KARLA KNIGHT, ELENA POPOVA, JUSTIN SOULEN, BILL MY BNK, LLC, BT ASSETS GROUP, INC., EFT BUSINESS SERVICES, LLC, ENCOMPAY, INC., HANNELIUS-KNIGHT FAMILY TRUST,  MG FAMILY TRUST,  ONE PAY CLOUD, LLC, OST, LLC, PEPPER PAY, LLC, ROCKET HOLDINGS, LLC, SALT MONEY, INC., SKYLIGHT BUSINESS SERVICES, LLC, TRANSACT FIRST, INC., AND TRANSACTION PROCESSING SERVICES, INC.,**<br><br>                   **Defendants.** | Case No. 5:24-cv-00677-J |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Carson Glass Lamle moves the Court for an Order allowing her to withdraw as counsel of record for Defendants Bill My Bnk, LLC, EnCompay, Inc., Rocket Holdings, LLC, and Salt Money, Inc. (collectively, "Defendants").  In support of this Motion, Ms. Lamle states as follows:

1. Defendants have been represented by Jon Epstein, Seth A. Day, Littleton T. Ellett, IV and Carson Glass Lamle of the law firm of Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C. ("Hall Estill").

2. Ms. Lamle is leaving Hall Estill on November 22, 2024.  Therefore, it is necessary for her to withdraw as counsel of record for Defendants.

3. Defendants will continue to be represented by Jon Epstein, Seth A. Day and Littleton T. Ellett, IV of Hall Estill.

4. This Motion will not delay any scheduled deadlines in this case.

WHEREFORE, Carson Glass Lamle respectfully requests the Court to enter an Order allowing her to withdraw as one of the counsel of record for Defendants.

Date: November 22, 2024

Respectfully submitted,

/s/ *Carson Glass Lamle*
Jon Epstein, OBA No. 13274
Seth A. Day, OBA No. 20670
Carson Glass Lamle, OBA No. 32876
Littleton T. Ellett, IV, OBA No. 34644
**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**
100 North Broadway, Suite 2900
Oklahoma City, OK 73102
Telephone: (405) 553-2828
Facsimile: (405) 553-2855
jepstein@hallestill.com
sday@hallestill.com
clamle@hallestill.com
tellett@hallestill.com
**ATTORNEYS FOR DEFENDANTS, BILL MY BNK, LLC, ENCOMPAY, INC., ROCKET HOLDINGS, LLC, AND SALT MONEY, INC.**

2

3

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this the 22nd day of November, 2024, this notice was filed with the Clerk of Court using the Electronic Case Filing System, to the following counsel of record:

Lawrence D. Rosenberg
**JONES DAY**
51 Louisiana Avenue, N.W.
Washington, DC 20001.2113
Telephone: (202) 879-3939
ldrosenberg@jonesday.com

and

Ryan E. Price, OBA #19547
**SIMS, PRICE & PRICE, PLLC**
1517 Main Street – P.O. Box 1086
Woodward, OK 73802.1086
Telephone (580) 256-9900

*Attorneys for Plaintiffs*

                                             */s/ Carson Glass Lamle*
                                              Carson Glass Lamle